**EXHIBIT D**

**FILED**
21 FEB 2017 05:01 pm
Civil Administration
I. BURTON

| | |
|---|---|
| SALDUTTI LAW GROUP f/k/a SALDUTTI, LLC and ROBERT L. SALDUTTI,<br><br>Plaintiffs,<br><br>v.<br><br>FERRARI & FERRARI, LLP, MICHAEL FERRARI, ESQUIRE, 15 JOHN CORP., and PHILIPPE LAJAUNIE<br><br>Defendants. | COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PENNSYLVANIA<br><br><br>NO.: 2015-0801148 |

<u>ORDER</u>

AND NOW, this 24th day of March, 2017, upon consideration of Plaintiffs' Motion to Remove Case from Deferred Status as to Defendants Ferrari & Ferrari, LLP, Michael Ferrari, Esquire, and Philippe LaJaunie, and all other responses thereto, it is hereby ORDERED that Plaintiffs' Motion is DENIED and that the entire case shall remain deferred status.

BY THE COURT:

_____ J.

Saldutti Law Group Etal-ORDER

15080114800071

1088892v.1

Case ID: 150801148
Control No.: 17013650

COPIES SENT PURSUANT TO Pa.R.C.P. 236(b) N. ERICKSON 03/29/2017