**EXHIBIT E**

B104—

SlumbergExcelsior, Inc., PUBLISHER, NYC 10013
www.blumberg.com

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Index No. 650715/2014
Date purchased 3/5/2014

PHILIPPE LAJAUNIE and 15 JOHN CORP

Plaintiff(s) designate(s)
New York
County as the place of trial.

Plaintiff(s)

The basis of the venue is
Plaintiff's place of business

against

**Summons**

SAMUELS AND SON SEAFOOD CO., INC.;
SALDUTTI LLC and ROBERT L. SALDUTTI

Plaintiff(s) reside(s) at

Defendant(s)

County of New York

To the above named Defendant(s)

**You are hereby summoned** to answer the complaint in this action and to serve a copy of
your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's
Attorney(s) within 20   days after the service of this summons, exclusive of the day of service (or within 30
days after the service is complete if this summons is not personally delivered to you within the State of New
York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief
demanded in the complaint.

Ferrari & Ferrari
Attorney(s) for Plaintiff

Dated,

Office and Post Office Address
630 Third Avenue, 18th Floor
New York, New York 10017

Defendant's address:

Case ID: 150801148

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
--------------------------------------------------------------X

PHILIPPE LAJAUNIE and 15 JOHN CORP.                    COMPLAINT

                          Plaintiffs,
                                                        Index No. 650715/2014
                    -against-

SAMUELS AND SON SEAFOOD CO., INC,
SALDUTTI LLC and ROBERT L. SALDUTTI

                          Defendants.
--------------------------------------------------------------X

Plaintiffs complaining of defendants by their attorney Ferrari & Ferrari LLP alleges upon
information and belief as follows:

## AS AND FOR A FIRST CAUSE OF ACTION.

1. Plaintiff 15 John Corp was and is a corporation organized and existing under the laws of
the State of New York.

2. Plaintiff Philippe Lajaunie was and is a principal of 15 John Corp.

3. This court has jurisdiction under the New York Long Arm Statute by reason of
defendants effectuation of service in New York and attempting to collect the judgment in
New York.

4. Defendants, Samuels and Son Seafood Co., Inc. ("Samuels and Son") and Saldutti, LLC
were and are a foreign corporation and foreign limited liability company.

5. In May or June 2010, Samuels and Son brought an action against plaintiffs in the
Philadelphia Municipal Court, First Judicial District of Pennsylvania claiming that
defendants provided services through a sale of goods to plaintiffs delivery of such goods
to a location at 1201 Pennsylvania Avenue, NW, Washington DC 20004 amounting to
the sum of $5,015.57.

6. The claim was made that defendants Philippe Lajaunie personally guaranteed payments
to Samuels and Son by executing a personal guaranty to same.

1

Case ID: 150801148

Case ID: 150801148
Control No.: 17013650

7. The claim was also made that there were attorneys fees owed under the agreement that contained the guaranty. The attorneys representing Samuels and Son were Saldutti LLC and Robert L. Saldutti (the "Salduttis")

8. The Plaintiffs were never personally served with the summons and complaint but received notice by mail in New York at 411 Park Avenue South, New York, New York 10016.

9. The Plaintiffs did not respond to the Municipal Court action and by the action of the Salduttis a judgment on default was entered against defendants 15 John Corp and Philippe Lajaunie on June 29, 2010 for $6,759.71 (the "Judgment").

10. The Judgment against Plaintiffs 15 John Corp and Philippe Lajaunie has damaged and continues to damage their credit and has prevented and continues to prevent them from obtaining loans at reasonable rates.

11. Although 15 John Corp also did business with Samuels and Son at the time of commencement by Samuels and Son of the claim against Plaintiffs, Defendants 15 John Corp had fully paid all of its indebtedness to Samuels and Son and defendants were aware of such payments.

12. In addition in the entry of the Judgment, defendant Robert L. Saldutti through Saldutti, LLC fraudulently used the agreement and personal guaranty of Philippe Lajaunie with respect to 15 John Corp to justify the judgment personally against Philippe Lajaunie although nothing was owed by 15 John Corp.

13. The sale and delivery of goods to 1201 Pennsylvania Avenue, NW, Washington DC 20004 was to a Washington DC restaurant known as Les Halles Washington LLC which is separate from 15 John Corp a New York Corporation doing business as Les Halles in New York City.

14. Defendants knew of the existence of 15 John Corp and Les Halles Washington LLC as separate and distinct entities and intended to deceive the plaintiff and the Philadelphia Municipal Court in granting the Judgment against 15 John Corp and Philippe Lajaunie.

15. Defendants also knew that all invoices due from 15 John Corp. to Samuels and Son were fully paid and all money due Samuels and Son was due from Les Halles Washington LLC and intended to deceive the Philadelphia Municipal Court in granting the Judgment.

2

Case ID: 150801148

16. Defendants knew that the personal guaranty of Philippe Lajaunie was for moneys owed by 15 John Corp and not Les Halles Washington LLC and intended to deceive the Philadelphia Municipal Court in entering a personal judgment against Philippe Lajaunie.

17. The fraudulent Judgment has damaged the credit rating of Plaintiffs in borrowing money at fair interest rates.

18. That by reason thereof, Plaintiffs have been damaged in the amount of at least $500,000.

19. That by reason thereof and because defendants conduct rose to a level of high moral culpability plaintiffs are entitled to punitive damages in the amount of $500,000.

### AS AND FOR A SECOND CAUSE OF ACTION

20. Plaintiffs repeat and re-allege each and every allegation contained in paragraphs of the complaint marked 1 through 19.

21. The entry of the Judgment against Plaintiffs was fraudulently made at a time when defendants knew that Les Halles Washington LLC was out of business and that they could not collect on the invoices due from Les Halles Washington LLC to Samuels and Son.

22. That by reason thereof Plaintiffs have been damaged by at least $500,000

23. That by reason thereof and because defendants' conduct rose to a level of high moral culpability plaintiffs are entitled to punitive damages of $500,000.

WHEREFORE, Plaintiffs demand judgment against defendants on the first cause of action in the amount of $500,000 plus punitive damages in the amount of $500,000 making a total of $1,000,000 together with the costs and disbursements of this action.

Dated  New York, NY
      March 3, 2014

                              Michael Ferrari
                              Ferrari & Ferrari LLP
                              Attorney for Plaintiffs
                              630 Third Avenue, 18th Floor
                              New York, NY 10017
                              (212) 972-7040

3

Case ID: 150801148

VERIFICATION

STATE OF NEW YORK

COUNTY OF NEW YORK

PHILIPPE LAJAUNIE being duly sworn deposes and says:

He is one of the plaintiffs in the within action and has read the foregoing complaint and knows the contents thereof; and the same is true to his own knowledge except as to the matter(s) therein stated to be alleged upon information and belief, and as to those matters he believes them to be true.

PHILIPPE LAJAUNIE

Sworn to before me this
25 day of February, 2014

Notary Public

ROBERT V. SANDER
Notary Public, State of New York
No. 01SA6159190
Qualified in New York County
Commission Expires May 10, 2015

Case ID: 150801148

Case ID: 150801148
Control No.: 17013650