**U.S. Department of Justice**

Office of the United States Trustee
*Southern District of New York*

*201 Varick Street*     *(212) 510-0500*
*Room 1006*     *Fax: (212) 668-2255*
*New York, New York 10014*

**CONVERTED CASE MEMORANDUM**

TO:           Case Administration-Judge Team for Judge Wiles

FROM:        William K. Harrington
                United States Trustee

PREPARED BY:  Mary Moroney

DATE:          November 8, 2017

RE:           Appointment of Chapter 7 Trustee - Converted Case From Chapter <u>11</u> case to Chapter <u>7</u> - And Scheduling of Section 341(a) Meeting To Be Noticed by Clerk's Office

---

The below listed case has been reviewed.

**Albert Togut** has been selected as the interim trustee for the case. His address is **Togut, Segal & Segal, One Penn Plaza, Suite 3335, New York, New York 10119. Telephone No.(212) 594-5000 Fax (212) 967-4258.**

The 341(a) meeting for the case will be held at **One Bowling Green, Room 511, New York, New York 10004-1408 on December 13, 2017** at the time indicated below:

<u>CONVERTED CHAPTER (11) CASE TO CHAPTER 7N CASE</u>

**11:00 A.M.**

15 John Corp.                    16-12453(MEW)
a/k/a Les Halles,
a/k/a First Admin Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re

15 John Corp.                      16-12453(MEW)
a/k/a Les Halles,
a/k/a First Admin Inc.,

    Debtor(s).


APPOINTMENT OF INTERIM TRUSTEE AND TRUSTEE
AND DESIGNATION OF REQUIRED BOND

    **Albert Togut** of New York, New York is hereby appointed, pursuant to 11 U.S.C. 701(a) as Interim Trustee for the estate(s) of the above named debtor(s).  See 11 U.S.C. 701(c).  If no trustee is elected, you shall serve as the Trustee in this case by operation of law.  11 U.S.C. 702(d).

    The amount of your bond is covered by the bond of Interim Trustees in Chapter 7 cases issued by Liberty Mutual Insurance Company which is on file with the Office.  See 11 U.S.C. § 322(a) Federal Rules of Bankruptcy Procedure 2010(a).  In addition, because your blanket acceptance of appointment is on file (FRBP 2008; FRBP 2010(a)), you are required to notify the undersigned in writing within five (5) business days after receipt of this notice only in the event you reject this appointment.


Dated:  New York, New York
        November 8, 2017

                                    William K. Harrington
                                    William K. Harrington
                                    United States Trustee
                                    201 Varick Street
                                    Room 1006
                                    New York, New York  10014


FILE A:\11TO7