UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In Re:

    15 JOHN CORP.,
     a/k/a LES HALLES,
     a/k/a FIRST ADMIN INC.

                        Debtor.

---------------------------------------------------------X

Chapter 11

Case No. 16-12453 (MEW)

**ORDER PURSUANT TO 11 U.S.C. § 362(a) GRANTING
RELIEF FROM THE AUTOMATIC STAY**

Upon the Motion dated October 9, 2017 (the "Motion") of Saldutti Law Group and Robert L. Saldutti (the "Movants"), pursuant to Section 362(a) of title 11 of the United States Code for relief from the automatic stay, to pursue their state law rights as against the non-debtor Philippe LaJaunie ("LaJaunie"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion and any papers filed in response thereto; and at a hearing before this Court on November 6, 2017 (the "Hearing"), the parties acknowledged that no decision against LaJaunie shall constitute collateral estoppel and/or res judicata against the debtor 15 John Corp., a/k/a/ Les Halles, a/k/a First Admin Inc.; and the Court having determined that the legal and factual bases, including those set forth in the Motion and at the Hearing, establish cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore, and for the reasons stated on the record at the Hearing, it is hereby

ORDERED, that the Motion is granted as provided herein; and it is further

ORDERED, that to the extent it might otherwise have been applicable the automatic stay is hereby lifted as against the non-debtor Philippe LaJaunie and the Movants are hereby authorized to continue the prosecution of their claims as against Philippe LaJaunie in the Court of Common Pleas of Philadelphia County, Pennsylvania, Case Number 1148; and it is further

ORDERED, that the 14-day stay provision in accordance with Bankruptcy Rule 4001(a)(3) is hereby waived.

Dated: New York, New York
       November 9, 2017

<u>s/Michael E. Wiles</u>
HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE