New York, 15 November 2017

Case Nro. 16-12453(MEW)

To whom it may concern: LUIS E VENEGAS

I am using this letter on the specific request because what happen is. I did not know bout this information. Until my mater told me about this information and since august 25/2016 the checks started to bounce did no have money until, it started to delayed for i4 weeks. That is why until now I give this paper because no one was giving no information about it.

Sincerely

Luis E Venegas

Tell 347 303 5864

FILED
2017 NOV 16 A 11: 26
U.S. BANKRUPTCY COURT

New York, 15 November/2017

Case Nro. 16-12453(MEW)

OF: LUIS E VENEGAS

TO: UNITED STATES BANKRUPTCY COURT

    SOUTHERN DISTRICT OF NEW YORK.

By means of the present, I, LUIS E VENEGAS, must manifest to you HONORABLE MICHEL E. WILLES, UNITED STATES BANKRUPTCY JUDGE, that my papers with the documentation and evidences concerning the claim of case Nro. 16-12453(MEW), filed for charter 11 of 8/25/16. , were presented on April 6/2017, values that correspond before it declared bankruptcy.

I give this paper because no one was giving no information about it.

I request to you very respectfully to deing to consider said claim.

Best regards.

*[signature]*

Luis E Venegas

Telef: 3473035864

**Fill in this information to identify the case:**

Debtor 1    _15 JOHN ST_

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number    _16-12453_

Official Form 410

# Proof of Claim    04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

1. **Who is the current creditor?**
   _LUIS VENEGAS_
   Name of the current creditor (the person or entity to be paid for this claim)
   
   Other names the creditor used with the debtor _____

2. **Has this claim been acquired from someone else?**
   ☒ No
   ☐ Yes. From whom? _____

3. **Where should notices and payments to the creditor be sent?**
   
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)
   
   Where should notices to the creditor be sent?
   
   _LUIS VENEGAS_
   Name
   
   _79-11 41 ST AVE APT B609_
   Number    Street
   
   _ELMHURST_    _NY_    _11373_
   City    State    ZIP Code
   
   Contact phone  _347-3035864_
   
   Contact email  _Leve1955@hotmail.com_
   
   Where should payments to the creditor be sent? (if different)
   
   _____
   Name
   
   _____
   Number    Street
   
   _____
   City    State    ZIP Code
   
   Contact phone _____
   
   Contact email _____
   
   Uniform claim identifier for electronic payments in chapter 13 (if you use one):
   
   __ __ __ __ - __ __ __ __ - __ __ __ __ - __ __ __ __

4. **Does this claim amend one already filed?**
   ☐ No
   ☒ Yes.    Claim number on court claims registry (if known) _____    Filed on ____/____/_____
                                                                                              MM  / DD  / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   ☐ No
   ☒ Yes.    Who made the earlier filing? _____

Official Form 410    Proof of Claim    page 1

Official Form 410

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?
   ☑ No
   ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

7. How much is the claim? $ 5505 96 . Does this amount include interest or other charges?
   ☑ No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   WHY NOT PAY FOR SERVICE PERFORMED.

9. Is all or part of the claim secured?
   ☑ No
   ☐ Yes. The claim is secured by a lien on property.

   **Nature of property:**
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   Value of property:                $_____
   Amount of the claim that is secured:    $_____

   Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   Amount necessary to cure any default as of the date of the petition:    $_____

   Annual Interest Rate (when case was filed) _____ %
   ☐ Fixed
   ☐ Variable

10. Is this claim based on a lease?
    ☑ No
    ☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____

11. Is this claim subject to a right of setoff?
    ☑ No
    ☐ Yes. Identify the property: _____

Official Form 410    Proof of Claim    page 2

| | | |
|---|---|---|
| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>☐ Yes. Check one: | Amount entitled to priority |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property, or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☑ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____
                    MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

Name _____
     First name        Middle name        Last name

Title _____

Company _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
        Number    Street

        _____
        City                State       ZIP Code

Contact phone _____    Email _____

DETAIL OF OUTSTANDING AMOUNTS RECEIVABLE

I WORKED IN LESS HALLES FROM JANUARY/2007 TO AUGUST/2016

- PROTESTED CHECK OF THE WEEK FROM JULY 17 TO JULY 23/2016
  CHECK VALUE ........................................................ $ 477.61
  FEE ................................................................ 12.-

- PENDING CHECK OF THE WEEK FROM JULY 31 TO AUGUST 6/2016
  CHECK N° 36044  VALUE .............................................. $ 428.85

- TWO WEEKS TO COLLECT
- WEEK FROM AUGUST 7 TO AUGUST 13/2016  APROXIMATE VALUE  $ 550
- WEEK FROM AUGUST 14 TO AUGUST 21/2016  APROXIMATE VALUE  $ 550

- UNPAID VACATION OF 9 YEARS
  9 YEARS X $ 300 BY YEAR                         VALUE  $ 2700.-

- UNPAID OF SICK DAYS FOR THREE YEAR
  3 YEAR X $ 300 BY YEAR         VALUE  $ 900
  LESS ONE PAY DAY FEBRUARY/2016          112.50
  PENDING TO PAY OF SICK DAYS                     $ 787.50

  TOTAL AMOUNT RECEIVABLE                        $ 5.505.96

* I AM ATTACHING SUPPORT DOCUMENTS.


LUIS VENEGAS

*[signature]*

U.S. Department of Justice
Immigration and Naturalization Service

# Employment Eligibility Verification

OMB No. 1115-0136

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. ANTI-DISCRIMINATION NOTICE: It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

## Section 1. Employee Information and Verification. To be completed and signed by employee at the time employment begins.

| Print Name: Last | First | Middle Initial | Maiden Name |
|---|---|---|---|
| Valerius | Luis | E | [illegible] |

| Address (Street Name and Number) | Apt. # | Date of Birth (month/day/year) |
|---|---|---|
| Elmhurst | 11373 | 02-21-1955 |

| City | State | Zip Code | Social Security # |
|---|---|---|---|
| [illegible] | N.Y | [illegible] | 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 |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
☐ A citizen or national of the United States
☒ A Lawful Permanent Resident (Alien # A [illegible])
☐ An alien authorized to work until __/__/__
(Alien # or Admission #) _____

Employee's Signature: [signature]    Date (month/day/year): 01-25-07

**Preparer and/or Translator Certification.** (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

| Preparer's/Translator's Signature | Print Name |
|---|---|
| | |

| Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|

## Section 2. Employer Review and Verification. To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C, as listed on the reverse of this form, and record the title, number and expiration date, if any, of the document(s)

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| Document title: _____ | | Res[ident] Alien | | SS Card |
| Issuing authority: _____ | | INS | | |
| Document #: _____ | | A[illegible] | | 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 |
| Expiration Date (if any): __/__/__ | | __/__/__ | | __/__/__ |
| Document #: _____ | | | | |
| Expiration Date (if any): __/__/__ | | | | |

CERTIFICATION - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) __/__/__ and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment.)

| Signature of Employer or Authorized Representative | Print Name | Title |
|---|---|---|
| [signature] | Grace [illegible] | [illegible] Manager |

| Business or Organization Name | Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|---|
| [illegible] Corp | [illegible] New York [illegible] | 1/25/07 |

## Section 3. Updating and Reverification. To be completed and signed by employer.

| A. New Name (if applicable) | B. Date of rehire (month/day/year) (if applicable) |
|---|---|
| | |

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

Document Title: _____    Document #: _____    Expiration Date (if any): __/__/__

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Date (month/day/year) |
|---|---|
| | |

Form I-9 (Rev. 11-21-91)N Page 2

NSF

*021000089*
08/15/2016
100200000007700

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON (A)
NOT SUFFICIENT FUNDS

NSF

```
15 John Corp                                    TD Bank                    64-10-610
411 Park Ave South, STE B1                                      Check Date         Check Number
New York, NY 10016                                              August 05, 2016        35874
                                                                                  Payroll Check
Pay the
Amount   Four Hundred Seventy Seven Dollars and Sixty One Cents ********        $ ****** 477.61

                                                                              Void After 90 Days
Pay to
the order of:   Luis E Venegas
                79 11 41st Ave
                Apt # B609
                Elmhurst, NY 11373

            ⑈000035874⑈  ⑉026013673⑉  7928431811⑈
```

874⑈  ⑉026013673⑉  7928431811⑈              ⑈000004776⑈

⑈000035874⑈  ⑉026013673⑉  7928431811⑈              ⑈000004776⑈

| DEBIT ADVICE | BRANCH OR HEAD OFFICE DEPT | DATE | BLOCK | APP BY |
|---|---|---|---|---|
| 08150338 | 8533 | 08/15/16 | 1002 | |

**Citibank, N.A**

WE DEBIT YOUR ACCOUNT AS FOLLOWS

Deposited item was returned unpaid (refer to check). Please review your account to insure a sufficient balance. If overdrawn, holds may be placed on your other accounts until the overdraft is resolved. If you have any questions, please call CitiPhone Customer service at 1-800-627-3999 (Consumers) or 1-877-528-0990 (Business). Hearing or speech impaired clients may call our text telephone service at 1-800-945-0258 (TDD). Representatives are available to assist you 24 hours a day, 7 days a week.

DEBIT 69    ACCOUNT NO. 34382027

EDUARDO P VENEGAS
118 CENTRAL AVE APT 2R
BROOKLYN NY 11221-3288

                                                        477.61
                                              FEE       12.00
                                        DEBIT THIS AMOUNT
                                              $         489.61

⑈08150338⑈  ⑉2100⑈0089⑉  000034382027⑈

**THE BACK OF THIS DOCUMENT CONTAINS A THERMOCHROMIC HEAT SENSITIVE FLAG AND AN ARTIFICIAL WATERMARK • HOLD AT AN ANGLE TO VIEW**

15 John Corp
411 Park Ave South, STE B1
New York, NY 10016

TD Bank
64-10-610

Check Date: August 19, 2016
Check Number: 36014

Payroll Check

Pay this Amount: Four Hundred Twenty Eight Dollars and Eighty Five Cents ********************
$ ******** 428.85

Void After 90 Days

T80002 500000   295 36014 38

Pay to the order of:
Luis E Venegas
7911 41st Ave
Apt # B609
Elmhurst, NY 11373

Authorized Signature

⑈00000036014⑈ ⑆026013673⑆ 792843181⑈

## Earnings Statement 1

**15 John Corp**
411 Park Ave South, STE B1
New York, NY 10016
(212) 571-2100

Employee Number: 295
Department: 500000

Check Date: August 05, 2016
Period Beginning: July 17, 2016
Period Ending: July 23, 2016
Check Number: 35874
Net Pay: 477.61
Check Amount: 477.61

**Luis E Venegas**

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Reg | 7.5000 | 30.98 | 232.35 | 917.62 | 6771.85 |
| TipsPaid | 0.0000 | | 51.52 | | 1563.00 |
| ChgTips | 0.0000 | | 300.87 | | 9798.21 |
| Sick | | | | | 112.50 |
| **Total Gross Pay** | | 30.98 | 584.74 | 917.62 | 18245.56 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 579.74 | 8.40 | 262.44 |
| OASDI | | 579.74 | 35.94 | 1122.17 |
| New York, NY (Res) | M/2 | 579.74 | 12.48 | 392.31 |
| Federal Income Tax | M/2 | 579.74 | 25.95 | 819.77 |
| New York SITW | M/2 | 579.74 | 18.76 | 592.82 |
| NY Disability - EE | | | 0.60 | 18.60 |
| **Total Tax Withholding** | | | 102.13 | 3208.11 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| Meals | 5.00 | 146.00 |
| Advance Deduction | | 20.00 |
| **Total Deductions** | 5.00 | 166.00 |

**Direct Deposits** — Account — Amount
No Direct Deposits

18.87 H

---

## Earnings Statement 2

**15 John Corp**
411 Park Ave South, STE B1
New York, NY 10016
(212) 571-2100

Employee Number: 295
Department: 500000

Check Date: August 19, 2016
Period Beginning: July 31, 2016
Period Ending: August 06, 2016
Check Number: 36014
Net Pay: 428.85
Check Amount: 428.85

**Luis E Venegas**

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Reg | 7.5000 | 27.81 | 208.58 | 974.52 | 7198.61 |
| TipsPaid | 0.0000 | | 55.38 | | 1674.61 |
| ChgTips | 0.0000 | | 253.76 | | 10320.01 |
| Sick | | | | | 112.50 |
| **Total Gross Pay** | | 27.81 | 517.72 | 974.52 | 19305.73 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 512.72 | 7.43 | 277.67 |
| OASDI | | 512.72 | 31.79 | 1187.28 |
| New York, NY (Res) | M/2 | 512.72 | 10.00 | 413.22 |
| Federal Income Tax | M/2 | 512.72 | 19.25 | 860.75 |
| New York SITW | M/2 | 512.72 | 14.80 | 623.88 |
| NY Disability - EE | | | 0.60 | 19.80 |
| **Total Tax Withholding** | | | 83.87 | 3382.60 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| Meals | 5.00 | 156.00 |
| Advance Deduction | | 20.00 |
| **Total Deductions** | 5.00 | 176.00 |

**Direct Deposits** — Account — Amount
No Direct Deposits

18.61 H

