**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: 15 John Corp.  CASE NO.: 16–12453–mew
aka   Les Halles
aka   First Admin. Inc.

Social Security/Taxpayer ID/Employer ID/Other Nos.:  CHAPTER:  7
13–4082234

---

# ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Albert Togut is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: January 19, 2018

                                        Michael E. Wiles, Bankruptcy Judge