Honorable Michael E. Wiles

United States Bankruptcy Judge

United States Bankruptcy Court

One Bowling Green

New York, NY 10004-1408

Re:   15 John Corp

     <u>Case No. 16-12453 (MEW)</u>

Thursday, February 22, 2018

Dear Judge Wiles,

 In response to Mr. Fox' letter dated February 22, 2018, emailed to Ms. Eisenberg today at 12:32 pm, but to me later, at 5:56 pm, I would like to first present my apologies to the Court for so much correspondence just to determine a hearing date. Clearly, this hearing should be held in April, upon Mr. Fox' return from his Holiday abroad.

I assume, following Mr. Fox' patterns, that I unfortunately have to correct and dispute Mr. Fox' assertions. By respect to the Court, I will do so as succinctly as possible.

Wednesday, March 28 should be a valid option, insofar as I am willing to continue a –vital- Hearing for which the Judge has requested my appearing in person, while Mr. Fox' airport logistics could be mitigated by appropriate preparations, and assistance from his "tour".

Mr. Fox' reference to my ownership of a bottling water business is an inexcusable and gross attempt to mislead the Court. Indeed, the very legal process he is referencing, is questioning my ownership. The recent decisions in this drawn-out case show that I may very well lose this property and business. Additionally, it is to be noted that there has been no commercial activity there in the last two years, resulting in continuous losses and burdening, accumulating debt.

All my travels have been work related, and are not frequent. I am, however, staying away on those trips for longer periods of time, which Mr. Fox characterizes as frequent travel.

Mr. Fox' assumptions about my part-time job, after cooking classes, is now skiing. His assumption about my income, however, should be corrected: my base pay rate is $12.56 per hour, and the days are maximum 7 ½ hours, for a total of $94.20.

The most important issue with my missing a day of work is losing the job. Again, my last day is Friday, March 23, although I am hopeful to work two extra weekend days (March 24 and 25).

I will not comment on Mr. Fox' revolting offer to "chip in $250", while he has been illegitimately holding my personal money in the amount of $4,850, for over a year. His previous assertions on this topic will easily be debunked by his own correspondence and a witness. Truly, Mr. Fox has not only not been factual with the Court, he has been deceitful.

As for the Hearing in Cody, WY, to be held on Monday, March 26, all of Mr. Fox' assertions are wrong and unprofessional, only showing his disrespect for this Court. I must appear in person.

Based on the foregoing, and because the Court should not be burdened by this endless correspondence, I believe that, if the date of March 28 is actually rejected because of Mr. Fox' agitation, this Hearing should be scheduled for a date in April, based on the customary, considerate, scheduling process to accommodate all parties' obligations, economic limitations, and even Holidays.

Thank you for your time considering this matter,

Respectfully,


*/s/ Philip Lajaunie*

Principal and President of 15 John Corp, Debtor